# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv499

| | |
|---|---|
| ELAINE L. CHAO,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>vs.<br><br>VINSON VAN GO, LLC, GREGORY<br>VINSON and VINSON VAN GO, LLC<br>401(k) PLAN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    **O R D E R**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the Notice of Independent Fiduciary's Filing for Reasonable Fees and Expenses for his Services [Doc. 16], filed May 5, 2008.

As provided in the Default Judgment entered in this matter on November 2, 2007, the Independent Fiduciary has submitted for approval a statement of his reasonable fees and expenses in connection with the services rendered in this action. The Court has reviewed the exhibits attached to the Notice and finds that the fees and expenses totaling $2,343.16 are reasonable and concludes that they should be approved for

payment. In addition, although the Notice has been served on all interested parties, no response or objection to the Notice has been filed.

**IT IS, THEREFORE, ORDERED** that the Notice of Independent Fiduciary's Filing for Reasonable Fees and Expenses for his Services [Doc. 16] is hereby **APPROVED** and the Independent Fiduciary shall be paid in accordance with the terms and provisions of the Default Judgment the sum of $2,343.16.

Martin Reidinger
United States District Judge

Signed: May 29, 2008